UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:14-CR-21-F1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| PHILLIP HARDY, | ) | |
| Defendant. | ) | |

This matter is before the court on the Defendant's unopposed motion to continue arraignment and trial, which the Defendant made in open court on June 30, 2014 term of court. Counsel explained in court that additional time is needed to review discovery in this case and to potentially negotiate a plea agreement. For good cause shown, the motion is ALLOWED and it is hereby ORDERED that arraignment and trial be continued to the court's **July 14, 2014 term of court.**

For the reasons stated in open court and noted above, the court finds that the ends of justice are best served by granting this extension and that they outweigh the interest of the public and the Defendant in a speedy trial. Accordingly, the delay occasioned by the granting of this extension shall be excluded from the speedy trial computation. *See* 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

This the 30 day of June, 2014.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge